# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DARBY WRIGHT,

    Petitioner,

v.                                        Case No. 4:14cv464-MW/CAS

WARDEN OF FCI TALLAHASSEE,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 4.  Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This cause is **dismissed without prejudice** for failure to obey a court order."  The Clerk shall close the file.

**SO ORDERED on November 14, 2014.**

                                                    **s/Mark E. Walker            **
                                                    **United States District Judge**